## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17-_____ |
| v. | : | DATE FILED: |
| JAMES DONAGHY III | : | VIOLATIONS: |
| a/k/a "Mike Browning" | | 18 U.S.C. § 2422(b) (use of an interstate |
| | : | commerce facility to entice a minor to |
| | | engage in sexually explicit conduct – 1 |
| | : | count) |
| | | 18 U.S.C. § 2251(a) (manufacture of child |
| | : | pornography – 1 count) |
| | | 18 U.S.C. § 2252(a)(2) (receipt of child |
| | | pornography – 1 count) |
| | | 18 U.S.C § 2252(a)(4)(B) (possession of |
| | : | child pornography – 1 count) |
| | | Notice of forfeiture |

### INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 20, 2014 through on or about January 22, 2014, in the

Eastern District of Pennsylvania, and elsewhere, the defendant,

**JAMES DONAGHY III,**
a/k/a "Mike Browning"

knowingly used a facility and means of interstate and foreign commerce, that is, the Internet, to

persuade, induce, entice and coerce Minor #1, who had not attained the age of 18 years, to

engage in sexual activity, for which any person could be charged with a criminal offense, and did

attempt to do so, that is, DONAGHY attempted to coerce Minor #1 to engage in sexual activity

and record that sexual activity, in violation of 18 U.S.C. § 2251(a).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 22, 2014, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

**JAMES DONAGHY III,**
**a/k/a "Mike Browning"**

employed, used, persuaded, induced, enticed, or coerced Minor #1 to engage in, or had Minor #1 assist, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and attempted to do so, that is, by directing Minor #1 to capture sexually explicit visual depictions, and such depictions were produced using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depictions were actually transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), and 2251(e).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 22, 2014, in the Eastern District of Pennsylvania and elsewhere, defendant

**JAMES DONAGHY III,**
**a/k/a "Mike Browning"**

knowingly received visual depictions using a means or facility of interstate or foreign commerce (that is, the Internet) and in and affecting interstate and foreign commerce, which visual depictions showed a minor engaged in sexually explicit conduct, and the producing of those visual depictions involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were actually transmitted in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12 2014, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

### JAMES DONAGHY III,
### a/k/a "Mike Browning"

knowingly possessed books, magazines, periodicals, films, video tapes and other matter, namely a cellular telephone, which contained visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, and which were actually transmitted in interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 2422(b), 2251(a) and (e), 2252(a)(2), and 2252(a)(4)(B), as set forth in this indictment, defendant

**JAMES DONAGHY III,**
**a/k/a "Mike Browning"**

shall forfeit to the United States of America:

(a)    any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c)    any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to one MetroPCS Coolpad 5860E smart phone with IMEI number 99000215329036..

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**LOUIS D. LAPPEN**
**Acting United States Attorney**