IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 17-039 |
| JAMES DONAGHY | : | |

ORDER

And now, this 18th day of August 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant James Donaghy for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 40) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.